# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LAURA KENNON                                                              PLAINTIFF

V.                              NO. 3:19-CV-00080-JTR

ANDREW SAUL,
Commissioner of Social Security                                           DEFENDANT

## ORDER

Pending before the Court are Plaintiff's Motion requesting an award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.[1]  *Doc. 17*.  The Commissioner has filed a Response.  *Doc. 19*.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total payment of $3,006.57 consisting of: (1) 12.30 hours of attorney work at an hourly rate of $205.00 ($2,521.50); (2) 6.20 hours of paralegal work at an hourly rate of $75 ($465.00); and (3) expenses of $20.07.  The Commissioner consents to an award in the amount stated in Plaintiff's Amended Motion.

The Court concludes that:  (1) Plaintiff is entitled to an award of attorney's fees and expenses under the EAJA; and (2) the amount requested is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the EAJA, *Doc. 17,* is GRANTED, as stated herein.

---

[1] On June 11, 2020, the Court entered an Order reversing the Commissioner's denial of benefits and remanding the case for further consideration.  *Doc. 15*.

1

IT IS FURTHER ORDERED that Plaintiff is awarded **$3,006.57** in attorney's fees and expenses under the EAJA.[2]

DATED this 18th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney at the attorney's office.